LEONARD v. AMERICAN CENT. INS. CO. OF ST. LOUIS, MO. (Circuit Court of Appeals, Seventh Circuit. January 7, 1902.) No. 792. In Error to the Circuit Court of the United States for the Northern District of Illinois. Henry W. Magee, for plaintiff in error. D. J. Schuyler, for defendant in error. Before JENKINS and GROSSCUP, Circuit Judges, and BUNN, District Judge.

PER CURIAM. We are unable to distinguish this case from that of Leonard v. Insurance Co., 48 C. C. A. 369, 109 Fed. 286. This suit is by the same plaintiff, upon a like policy of insurance covering the same stock,

and for a loss growing out of the same fire. We have re-examined our ruling in the case referred to, and are content therewith. The judgment is reversed, and the cause is remanded, with a direction to grant a new trial.